| | |
|---|---|
| STEPHEN R. SMITH (*pro hac vice*) <br> stephen.smith@cooley.com <br> SAMUEL K. WHITT (284770) <br> swhitt@cooley.com <br> EMILY E. TERRELL (234353) <br> eterrell@cooley.com <br> COOLEY LLP <br> 1299 Pennsylvania Ave. NW, Suite 700 <br> Washington, DC 20004-2400 Telephone: (202) 842-7800 <br> Facsimile: (202) 842-7899 <br><br> MATTHEW J. BRIGHAM (191428) <br> mbrigham@cooley.com <br> SARAH B. MOORE (292974) <br> swhitney@cooley.com <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 849-7400 <br><br> Attorneys for Defendants, DIRECTED ELECTRONICS CANADA INC., DEI HOLDINGS, INC. (AKA DIRECTED ELECTRONICS, INC.), DIRECTED, LLC, JIM MINARIK, KEVIN DUFFY, and ROBERT STRUBLE | R. JOSEPH TROJAN (137067) <br> trojan@trojanlawoffices.com <br> DYLAN C. DANG (223455) <br> dang@trojanlawoffices.com <br> FRANCIS WONG (284946) <br> wong@trojanlawoffices.com <br> TROJAN LAW OFFICES <br> 9250 Wilshire Blvd., Suite 325 <br> Beverly Hills, CA 90212 <br> Telephone: (310) 777-8399 <br> Facsimile: (310) 777-8348 <br><br> Attorneys for Plaintiff, <br> AUTOMOTIVE DATA SOLUTIONS, INC. |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE DATA SOLUTIONS, INC., a Canada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DIRECTED ELECTRONICS CANADA INC., a Canada Corporation; DEI HOLDINGS, INC. (AKA DIRECTED ELECTRONICS, INC.), a Florida Corporation; DIRECTED, LLC, a Delaware LLC; <br><br> Defendants. <br><br> And Related Counterclaims. | Case No. 2:18-cv-01560-GW <br><br> **JOINT MOTION TO STAY PRE-TRIAL PROCEDURE AND DEADLINES PENDING SETTLEMENT** <br><br> **Hon. George H. Wu** <br> Courtroom: 9D <br><br> Final PTC: February 10, 2020, 8:30 am <br> Trial: February 25, 2020 9:00 am |

1  Plaintiff Automotive Data Solutions, Inc. and Defendants Directed Electronics
2  Canada Inc., DEI Holdings, Inc. (aka Directed Electronics, Inc.), and Directed, LLC,
3  by and through their respective attorneys, hereby notify the Court pursuant to Local
4  Rule 40-2 that all matters in controversy between the Parties have been resolved, in
5  principle. The Parties are at this time working to execute a final written settlement
6  agreement.
7  The parties therefore jointly request to stay the remaining pre-trial dates for two-
8  weeks, until Febrary 4, 2020, to allow the parties to finalize the settlement and submit
9  the appropriate dismissal papers.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: January 21, 2020 | COOLEY LLP, |
| 2 | TROJAN LAW OFFICES, | |
| 3 | | */s/ Matthew J. Brigham* |
| 4 | */s/ R. Joseph Trojan*<br>R. Joseph Trojan (137067) | MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com) |
| 5 | (trojan@trojanlawoffices.com)<br>Dylan C. Dang (223455) | SARAH B. WHITNEY (292974)<br>(swhitney@cooley.com) |
| 6 | (dang@trojanlawoffices.com)<br>Francis Wong (284946) | 3175 Hanover Street |
| 7 | (wong@trojanlawoffices.com)<br>9250 Wilshire Blvd., Suite 325 | Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000 |
| 8 | Beverly Hills, CA 90212<br>Telephone: (310) 777-8399 | Facsimile:  (650) 849-7400 |
| 9 | Facsimile: (310) 691-1086 | |
| 10 | *Attorneys for Plaintiff*<br>*AUTOMOTIVE DATA SOLUTIONS,* | STEPHEN R. SMITH (*pro hac vice*)<br>(stephen.smith@cooley.com) |
| 11 | *INC.* | SAMUEL K. WHITT (284770)<br>(swhitt@cooley.com) |
| 12 | | EMILY E. TERRELL (234353) |
| 13 | | (eterrell@cooley.com)<br>1299 Pennsylvania Avenue, NW, |
| 14 | | Suite 700 |
| 15 | | Washington, DC  20004-2400<br>Telephone: (202) 842-7800 |
| 16 | | Facsimile:  (202) 842-7899 |
| 17 | | |
| 18 | | REBECCA L. TARNEJA (293461)<br>(rtarneja@cooley.com) |
| 19 | | 1333 2nd Street, Suite 400 |
| 20 | | Santa Monica, CA  90401<br>Telephone: (310) 883-6400 |
| 21 | | Facsimile:  (310) 883-6500 |
| 22 | | *Attorneys for Defendants* |
| 23 | | *DIRECTED ELECTRONICS CANADA* |
| 24 | | *INC., DEI HOLDINGS, INC., and*<br>*DIRECTED, LLC* |
| 25 | Dated: January 21, 2020 | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.    **JOINT MOTION TO STAY**
      **18-CV-01560-GW**

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Matthew J. Brigham, attest that concurrence in the filing this document has been obtained from each of the other signatories.

Dated: January 21, 2020                           COOLEY LLP

                                                         */s/ Matthew J. Brigham*
                                                        MATTHEW J. BRIGHAM