| | |
|---|---|
| STEPHEN R. SMITH (*pro hac vice*)<br>stephen.smith@cooley.com<br>SAMUEL K. WHITT (284770)<br>swhitt@cooley.com<br>EMILY E. TERRELL (234353)<br>eterrell@cooley.com<br>COOLEY LLP<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400 Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899 | R. JOSEPH TROJAN (137067)<br>trojan@trojanlawoffices.com<br>DYLAN C. DANG (223455)<br>dang@trojanlawoffices.com<br>FRANCIS WONG (284946)<br>wong@trojanlawoffices.com<br>TROJAN LAW OFFICES<br>9250 Wilshire Blvd., Suite 325<br>Beverly Hills, CA 90212<br>Telephone: (310) 777-8399<br>Facsimile: (310) 777-8348 |
| MATTHEW J. BRIGHAM (191428)<br>mbrigham@cooley.com<br>SARAH B. MOORE (292974)<br>swhitney@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 | Attorneys for Plaintiff,<br>AUTOMOTIVE DATA<br>SOLUTIONS, INC. |

Attorneys for Defendants, DIRECTED ELECTRONICS CANADA INC., DEI HOLDINGS, INC. (AKA DIRECTED ELECTRONICS, INC.), DIRECTED, LLC, JIM MINARIK, KEVIN DUFFY, and ROBERT STRUBLE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE DATA SOLUTIONS, INC., a Canada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTED ELECTRONICS CANADA INC., a Canada Corporation; DEI HOLDINGS, INC. (AKA DIRECTED ELECTRONICS, INC.), a Florida Corporation; DIRECTED, LLC, a Delaware LLC; JIM MINARIK, an individual; KEVIN DUFFY, an individual; ROBERT STRUBLE, an individual; TAREK KUTRIEH, an individual; MINAS MINNASSIAN, an individual;<br><br>Defendants.<br><br>And Related Counterclaims. | Case No. 2:18-cv-01560-GW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PRODUCE 41(A)**<br><br>**Hon. George H. Wu**<br>Courtroom: 9D<br>Final PTC: February 10, 2020 9:00 a.m.<br>Trial: February 25, 2020 9:00 am |

1  Plaintiff Automotive Data Solutions, Inc. ("Plaintiff") and defendants Directed Electronics Canada Inc., DEI Holdings, Inc. (aka Directed Electronics, Inc.), Directed, LLC, Jim Minarik, Kevin Duffy, Robert Struble, Tarek Kutrieh, and Minas Minnassian (collectively, "Defendants"), by and through their respective attorneys, hereby stipulate to dismissal <u>with prejudice</u> of all claims and counterclaims in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall each bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: January 27, 2020

TROJAN LAW OFFICES
<u>/s/ Francis Wong</u>
R. Joseph Trojan (137067)
(trojan@trojanlawoffices.com)
Dylan C. Dang (223455)
(dang@trojanlawoffices.com)
Francis Wong (284946)
(wong@trojanlawoffices.com)
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 691-1086

Attorneys for Plaintiff
*AUTOMOTIVE DATA SOLUTIONS, INC.*

| | | |
|---|---|---|
| 1 | Dated: January 27, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | */S/ Matthew J. Brigham*<br>MATTHEW J. BRIGHAM (191428) |
| 4 | | (mbrigham@cooley.com) |
| 5 | | SARAH B. MOORE (292974)<br>(swhitney@cooley.com) |
| 6 | | 3175 Hanover Street |
| 7 | | Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000 |
| 8 | | Facsimile:  (650) 849-7400 |
| 9 | | |
| 10 | | STEPHEN R. SMITH (*pro hac vice*)<br>(stephen.smith@cooley.com) |
| 11 | | SAMUEL K. WHITT (284770)<br>(swhitt@cooley.com) |
| 12 | | EMILY E. TERRELL (234353) |
| 13 | | (eterrell@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700 |
| 14 | | Washington, DC  20004-2400 |
| 15 | | Telephone: (202) 842-7800<br>Facsimile:  (202) 842-7899 |
| 16 | | |
| 17 | | REBECCA L. TARNEJA (293461)<br>(rtarneja@cooley.com) |
| 18 | | 1333 2nd Street, Suite 400 |
| 19 | | Santa Monica, CA  90401<br>Telephone: (310) 883-6400 |
| 20 | | Facsimile:  (310) 883-6500 |
| 21 | | |
| 22 | | *Attorneys for Defendants*<br>DIRECTED ELECTRONICS CANADA INC., |
| 23 | | *DEI HOLDINGS, INC., and DIRECTED, LLC* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

STIPULATION RE: DISMISSAL
18-CV-01560-GW

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Matthew J. Brigham, attest that concurrence in the filing this document has been obtained from each of the other signatories.

Dated: January 27, 2020          COOLEY LLP

                                 */s/ Matthew J. Brigham*
                                 MATTHEW J. BRIGHAM