JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AUTOMOTIVE DATA SOLUTIONS, INC., | Case No. CV 18-1560-GW-Ex |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| DIRECTED ELECTRONICS CANADA, INC., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 28, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE